# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10297    Winder v. USA
                         USDC No. 7:24-CV-83

The court has granted an extension of time to and including July 23, 2025 for filing a reply brief in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Eyonka M. Falls, Deputy Clerk
                              504-310-7670

Mr. Douglas R. Hafer
Ms. Andrea Lena Hyatt
Mr. Stephen W. Kotara
Ms. Karen S. Mitchell